

**Entered on Docket**
**November 16, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association, as Trustee for DBALT 2006-AF1
09-71337

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-11634-mkn |
| Altes Mathieu | Date: 10/23/09 |
| | Time: 1:30pm |
| | Chapter 13 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

Secured Creditor HSBC Bank USA, National Association, as Trustee for DBALT 2006-AF1, its

5

6

assignees and/or successors in interest, of the subject property, generally described as 6108 Ridgecarn

7

Ave., Las Vegas, NV 89130.

8

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

9

Debtors and Trustee at least five business days' notice of the time, place and date of sale.

10

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

11

withdraws its secured Proof of Claim filed in this matter.

12

///

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

///

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a Notice

2    of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly

3    submit a copy of this order to the State of Nevada, Foreclosure mediation program and the Order will be

4    construed as an agreement between the Secured Creditor and the Debtor(s) that they have voluntarily

5    agreed to a mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said

6    program. The necessary information can be accessed at "http://www.nevadajudiciary.us./"

7

8        DATED this _____ day of _____, 2009.

9    Submitted by:
10   **WILDE & ASSOCIATES**

11   By _____ #10235
12       **GREGORY L. WILDE, ESQ.**
         Attorney for Secured Creditor
         208 South Jones Boulevard
13       Las Vegas, Nevada 89107

14   APPROVED / DISAPPROVED

15

16   _____
     George Haines
     1020 Garces Avenue
17   Suite 100
     Las Vegas, NV 89101
18   Attorney for Debtor(s)

19   APPROVED / DISAPPROVED

20

21   _____
     Kathleen A Leavitt
     201 Las Vegas Blvd., So. #200
22   Las Vegas, NV 89101
23   Chapter 13 Trustee

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
       unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
       and each has approved or disapproved the order, or failed to respond, as indicated below
       (list each party and whether the party has approved, disapproved, or failed to respond to the
       document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _X_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _X_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

       this proposed order were transmitted to Debtor's counsel and appointed trustee to which

       they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor